# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1209

_____

Scott Meyer

*Plaintiff - Appellant*

v.

Bryan McKinley; James Drew; Christopher Foy; P.J. Vaitheswaran; Richard
Doyle; J.J. McDonald; Emily Pederson; Vicki Pederson; Brian Pederson; John
Sorenson; William Morrison; Earl Kavanaugh

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Northern District of Iowa, Waterloo

_____

Submitted: August 18, 2016
Filed: August 23, 2016
[Unpublished]

_____

Before WOLLMAN, ARNOLD, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Scott Meyer filed a civil complaint raising claims under 42 U.S.C. §§ 1983 and 1985 arising out of child-custody proceedings. The district court[1] granted defendants' motions to dismiss under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), and this appeal followed. Having conducted de novo review of the record before us, and carefully considered the parties' submissions on appeal, we conclude that the district court properly dismissed the complaint for the reasons explained in the court's thorough memorandum opinion. See Gomez v. Wells Fargo Bank, N.A., 676 F.3d 655, 660 (8th Cir. 2012) (dismissal for failure to state claim upon which relief could be granted); Edwards v. City of Jonesboro, 645 F.3d 1014, 1017 (8th Cir. 2011) (dismissal for lack of subject matter jurisdiction). We also conclude that the court did not abuse its discretion in denying leave to amend the complaint. See Ginsburg v. InBev NV/SA, 623 F.3d 1229, 1236 (8th Cir. 2010). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.